154 A.3d 163

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT
v. COREY HALLETT, DEFENDANT-APPELLANT.

October 5, 2016

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed without prejudice to defendant filing a petition for post-conviction relief. This matter is better suited to post-conviction relief proceedings where factual disputes can be resolved by an evidentiary hearing.

154 A.3d 163

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT v.
MICHAEL CAWLEY, DEFENDANT-APPELLANT.

October 5, 2016

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.